STOKES *against* CAMPBELL, an Infant, by J. CAMPBELL
    his Guardian, impleaded with T. CAMPBELL.

THIS action was originally commenced in the C. P. of the    On revers-
city and county of New York. The defendant pleaded two   ing a judgment
pleas, one of which was demurred to by the plaintiff, upon   of the C. P
which judgment was given for the defendant in the Court   given for the
below. On error to this Court, the judgment was reversed.   defendant, on
                                                      a demurrer to
                                                      one of his pleas
A motion was now made to amend the plea, so as to put   he was allow-
the cause at issue upon both pleas, and have a trial at the   ed to amend
Circuit. And it was insisted that the defendant below ought   his plea upon
not to be prejudiced by the decision there for him The C.   payment of
P. would have allowed an amendment, if they had deemed   costs.
the demurrer well taken. (Dunl. Pr. 533, 4, and the cases
there cited.)

VOL. V.               4

ALBANY,       *A. S. Garr*, for the motion.
Oct. 1825.

Honay        *E. Baldwin*, contra.
v.
Chesterman.

The Court granted the motion, on payment of costs.

                                        Motion granted.